# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| QUINTON ANTONIO KING, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 1:24-cv-0024 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| NICHOLAS BATTS, ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 39) recommending the undersigned deny Plaintiff's motion for preliminary injunction (Doc. No. 35). The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections have been filed.

The Court has reviewed the Report and Recommendation and the record in this case and concludes that the Report and Recommendation should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's motion for preliminary injunction (Doc. No. 35) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE